Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICA, N.A., a national banking association, Plaintiff

vs

LUKE C. ZOUVAS, an individual; RON TOUCHARD, an individual; MICHAEL BROWN, M.D., an individual; STEVE NICKOLAS, an individual; NUTRIPURE BEVERAGES, INC., a Nevada Corporation; and XND TECHNOLOGIES, INC., an Arizona Corporation, Defendants.

FILED
08 APR -2 PM 4:16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0609 JM WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MARK JOSEPH KENNEY (SBN 87345)
ERIC J. TRUOTMAN (SBN 229263)
SEVERSON & WERSON
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
(949) 442-7110

An answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

J. PARIS

By _____, Deputy Clerk

APR 0 2 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)