```
 1  MARK JOSEPH KENNEY (State Bar No. 87345)
    SEVERSON & WERSON
 2  A Professional Corporation
    One Embarcadero Center, Suite 2600
 3  San Francisco, CA 94111
    Telephone: (415) 398-3344
 4  Facsimile: (415) 956-0439

 5  ERIC J. TROUTMAN (State Bar No. 229263)
    SEVERSON & WERSON
 6  A Professional Corporation
    The Atrium
 7  19100 Von Karman Ave., Suite 700
    Irvine, CA 92612
 8  Telephone: (949) 442-7110
    Facsimile: (949) 442-7118
 9
    Attorneys for Plaintiff
10  Bank of America, N.A.
```

FILED
08 APR -2 PM 4:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

'08 CV 0609 JM WMc

VIA FAX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BANK OF AMERICA, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE C. ZOUVAS, an individual, RON TOUCHARD, an individual, MICHAEL BROWN, M.D., an individual, STEVE NICKOLAS, an individual, NUTRIPURE BEVERAGES, INC., a Nevada Corporation, and XND TECHNOLOGIES, INC., an Arizona corporation,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF INTERESTED PARTIES** |
|---|---|

PLEASE TAKE NOTICE THAT Plaintiff, Bank of America, N.A. ("BofA"), who is the stakeholder in this matter, hereby files its Notice of Interested Parties in this matter as follows:

The undersigned, counsel of record for Bank of America, N.A., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

///

---
10597/0000/664848                                  NOTICE OF INTERESTED PARTIES
                                                                 08CV _____

1. Bank of America, N.A., a national banking association and a citizen of the State of North Carolina;

2. Luke C. Zouvas, an individual, a citizen of the State of California, residing and working in the County of San Diego;

3. Ron Touchard, an individual, a citizen of the State of California, residing and working in California;

4. Michael Brown, M.D., an individual, a citizen of the State of California, residing and working in California;

5. Steve Nickolas, an individual, a citizen of the State of Arizona, living and working in or around Scottsdale, Arizona who is the purported President/CEO of Nutripure Beverages, Inc.;

6. Nutripure Beverages, Inc., a Nevada corporation, whose principal place of business is believed to be Scottsdale, Arizona; and

7. XND Technologies, Inc., an Arizona corporation, whose principal place of business is believed to be Scottsdale, Arizona.

DATED: April 2, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____
Eric J. Troutman

Attorneys for Plaintiff
Bank of America, N.A.