ORIGINAL

FILED
08 APR -7 PM 1:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL  DEPUTY

1  MARK JOSEPH KENNEY (State Bar No. 87345)
   SEVERSON & WERSON
2  A Professional Corporation
   One Embarcadero Center, Suite 2600
3  San Francisco, CA 94111
   Telephone: (415) 398-3344
4  Facsimile: (415) 956-0439

5  ERIC J. TROUTMAN (State Bar No. 229263)
   SEVERSON & WERSON
6  A Professional Corporation
   The Atrium
7  19100 Von Karman Ave., Suite 700
   Irvine, CA 92612
8  Telephone: (949) 442-7110
   Facsimile: (949) 442-7118

9  Attorneys for Plaintiff
10 Bank of America, N.A.

11           UNITED STATES DISTRICT COURT
12           SOUTHERN DISTRICT OF CALIFORNIA

13 | BANK OF AMERICA, N.A., a national banking association, | Case No.: 08CV0609 JM (WMc)
14 |   | Assigned to: Hon. Jeffrey T. Miller
15 | Plaintiff, | Courtroom: 16
16 | vs. | **NOTICE OF DEPOSIT OF FUNDS WITH THE COURT BY PLAINTIFF BANK OF AMERICA, N.A. PURSUANT TO ITS COMPLAINT IN INTERPLEADER**
17 | LUKE C. ZOUVAS, an individual, RON TOUCHARD, an individual, MICHAEL BROWN, M.D., an individual, STEVE NICKOLAS, an individual, NUTRIPURE BEVERAGES, INC., a Nevada Corporation, and XND TECHNOLOGIES, INC., an Arizona corporation, |
18 | |
19 | |
20 | Defendants. |

23  PLEASE TAKE NOTICE THAT Plaintiff, Bank of America, N.A. ("BofA"), which is the
24 stakeholder in this matter, has deposited funds in the amount of $182,215.52 with the Clerk of the
25 United States District Court for the Southern District of California on April 7, 2008. Attached
26 hereto and marked as Exhibit A, and incorporated herein by this reference as though fully set
27 forth, is a true and correct copy of the deposit receipt.
28 ///

---

10597/0000/665039

NOTICE OF DEPOSIT OF FUNDS
08CV0609 JM (WMc)

CR

1  Said funds are the current aggregate balance of the three NutriPure Beverages, Inc.'s
2  accounts and the XND Technologies, Inc.'s account at BofA. As set forth in its Complaint in
3  Interpleader filed on April 2, 2008, ownership of these funds is in dispute and BofA seeks an
4  order of this Court discharging it from all liability in connection with these funds, upon deposit of
5  said funds into this Court's registry.

6
7  DATED: April 7, 2008                         SEVERSON & WERSON
                                                A Professional Corporation
8
9
10                                              By: _____
                                                    Eric J. Troutman
11                                              Attorneys for Plaintiff
                                                Bank of America, N.A.
12

EXHIBIT A

```
       UNITED STATES
       DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

        # 149465      - SR
        * * C O P Y * *
          April 07, 2008
             13:00:10


             Registry
USAO #.: 08CV0609 DEPOSIT OF FUNDS
Judge..: JEFFREY T MILLER
Amount.:              $182,215.52 OC
Check#.: 0570902




Total-> $182,215.52



FROM: BOFA V. ZOUVAS, ET AL
      INTERPLEADER
```