| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Eric J. Truotman, Esq.<br>Severson & Werson<br>19100 Von Karman Avenue, Suite 700<br>Irvine CA 92612 | 949-442-7110 | |
| ATTORNEY FOR *(Name)* BANK OF AMERICA | Ref. No. or File No.: | |

Insert name of court and name of judicial district and branch court if any:

UNITED STATES CALIFORNIA SOUTHERN DISTRICT

PLAINTIFF:    BANK OF AMERICA v. ZOUVAS
DEFENDANT:

| PROOF OF SERVICE<br>SUMMONS AND COMPLAINT | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 08 CV 0609 JM WMc |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents):*
   Summons & Complaint in Interpleader
   Notice of Deposit of Funds Pursuant to its Complaint in Interpleader
   Notice of Interested Parties
   Civil Case Cover Sheet

2. By delivery at :
   a. Address, City, State
      1350 E. FLAMINGO BOULEVARD, SUITE 13-B, LAS VEGAS, NEVADA   89119

3. On *(date and time)*
   (a) on *(date):* 4/10/2008        (b)at *(time):* 2:58 PM

4. In the COUNTY OF Clark, NEVADA,                  on the within named entity:

      Name of Business: NUTRIPURE BEVERAGES, INC., a Nevada Corporation

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:

      Name and Title or Description: Scott Lish, Assistant Systems Manager

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:

      Name:

      Address:

7. Person serving *(name, address and telephone No.):*
   John Ely
   O.C. CORPORATE COURIER, INC
   18103 SKYPARK S. STE. B
   IRVINE, CA 92614
   949-474-9000

   a. **Fee** for service: $195.00
   b. ☐ Not a registered California process server.
   c. ☐ Exempt from registration under B&P § 22350(b).
   d. ☐ Registered California process server.
      (1) ☐  Employee or independent contractor
      (2) Registration No.:  Clark Co., NV
      (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   4/11/2008

_____
(SIGNATURE)

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**

BANK OF AMERICA v. ZOUVAS