| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Eric J. Truotman, Esq.<br>Severson & Werson<br>19100 Von Karman Avenue, Suite 700<br>Irvine CA 92612 | 949-442-7110 | |
| ATTORNEY FOR (Name): BANK OF AMERICA | Ref. No. or File No.: | |

Insert name of court and name of judicial district and branch court if any:
UNITED STATES CALIFORNIA SOUTHERN DISTRICT

PLAINTIFF: BANK OF AMERICA v. ZOUVAS
DEFENDANT:

| PROOF OF SERVICE<br>SUMMONS AND COMPLAINT | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER:<br>08 CV 0609 JM WMc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (specify documents):
   Summons & Complaint in Interpleader
   Notice of Deposit of Funds Pursuant to its Complaint in Interpleader
   Notice of Interested Parties
   Civil Case Cover Sheet

2. By delivery at:
   a. Address, City, State
      14301 N. 87th STREET, SUITE 301, SCOTTSDALE, ARIZONA  95260

3. On (date and time)
   (a) on (date): 4/11/2008         (b) at (time): 9:40 AM

4. In the COUNTY OF Maricopa, Arizona.                on the within named entity:

   Name of Business: XND TECHNOLOGIES, INC., an Arizona Corporation

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:

   Name and Title or Description: Steven Nickolas, Authorized Agent for Service of Process

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:

   Name:

   Address:

7. Person serving (name, address and telephone No.):
   Michael Vera
   O.C. CORPORATE COURIER, INC
   18103 SKYPARK S. STE. B
   IRVINE, CA 92614
   949-474-9000

   a. Fee for service: $25.00
   b. [ ] Not a registered California process server.
   c. [ ] Exempt from registration under B&P § 22350(b).
   d. [ ] Registered California process server.
      (1) [ ] Employee or independent contractor
      (2) Registration No.: Maricopa Co., AZ
      (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/14/2008                                           (SIGNATURE)

PROOF OF SERVICE                                          BANK OF AMERICA v. ZOUVAS
SUMMONS AND COMPLAINT