| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>Eric J. Truotman, Esq.<br>Severson & Werson<br>19100 Von Karman Avenue, Suite 700<br>Irvine CA 92612<br>ATTORNEY FOR *(Name)*: BANK OF AMERICA | TELEPHONE NO.:<br>949-442-7110<br><br>Ref. No. or File No.: | FOR COURT USE ONLY |
|---|---|---|

Insert name of court and name of judicial district and branch court if any:

UNITED STATES CALIFORNIA SOUTHERN DISTRICT

PLAINTIFF: BANK OF AMERICA v. ZOUVAS
DEFENDANT:

| PROOF OF SERVICE<br>SUMMONS AND COMPLAINT | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER:<br>08 CV 0609 JM WMc |
|---|---|---|---|---|

## PERSONAL SERVICE

**Instruction:** *After having the other party served with a copy of the document identified in item 1, attach a completed Proof of Service to the original or to a true copy of the original and give it to the clerk for filing. Neither the plaintiff nor the defendant can serve these papers.*

Summons & Complaint in Interpleader
Notice of Deposit of Funds Pursuant to its Complaint in Interpleader
Notice of Interested Parties
Civil Case Cover Sheet

2. Person served *(name)* :
   STEVE NICKOLAS, an individual

3. By personally delivering copies to the person served, as follows:

   (1) Date: 4/11/2008    (2) Time: 9:40 am

   (3) Address: 14301 N. 87th STREET, SUITE 301, SCOTTSDALE, ARIZONA  95260

4. At the time of service I was at least 18 years of age and **not a party to this cause.**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6. Fee for Service: $195.00

   O.C. CORPORATE COURIER, INC
   18103 SKYPARK S. STE. B
   IRVINE, CA 92614
   949-474-9000

   ☐ Exempt from registration under B&P 22350(b).
   ☐ Registered California process server.
   ☐ Employee or independent contractor
      (2) Registration No.: State of Missouri
      (3) County

   16841

Date: 4/14/2008

Michael Vera
-------------------------------------------
(TYPE OR PRINT NAME)                                              (SIGNATURE)

| PROOF OF SERVICE<br>SUMMONS AND COMPLAINT | BANK OF AMERICA v. ZOUVAS |
|---|---|