| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> Eric J. Truotman, Esq. <br> Severson & Werson <br> 19100 Von Karman Avenue, Suite 700 <br> Irvine CA 92612 <br> ATTORNEY FOR *(Name)*: BANK OF AMERICA | TELEPHONE NO.: <br> 949-442-7110 <br><br> Ref. No. or File No.: | FOR COURT USE ONLY |
|---|---|---|

Insert name of court and name of judicial district and branch court if any:

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT, CALIFORNIA

PLAINTIFF: BANK OF AMERICA v. ZOUVAS
DEFENDANT:

| PROOF OF SERVICE <br> SUMMONS AND COMPLAINT | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER: <br> 08 CV 0609 JM WMc |
|---|---|---|---|---|

## PERSONAL SERVICE

**Instruction:** *After having the other party served with a copy of the document identified in item 1, attach a completed Proof of Service to the original or to a true copy of the original and give it to the clerk for filing. Neither the plaintiff nor the defendant can serve these papers.*

Summons & Complaint in Interpleader
Notice of Deposit of Funds Pursuant to its Complaint in Interpleader
Notice of Interested Parties
Civil Case Cover Sheet

2. Person served *(name)* :
   LUKE C. ZOUVAS, an individual

3. By personally delivering copies to the person served, as follows:

   (1) Date: 4/14/2008    (2) Time: 10:45 AM

   (3) Address: 925 HOTEL CIRCLE SOUTH, SAN DIEGO, CALIFORNIA   92108

4. At the time of service I was at least 18 years of age and **not a party to this cause.**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6. Fee for Service: $210.00

O.C. CORPORATE COURIER, INC
18103 SKYPARK S. STE. B
IRVINE, CA 92614
949-474-9000

16838

Date: 4/15/2008

Andrea Quinones
(TYPE OR PRINT NAME)

[ ] Exempt from registration under B&P 22350(b).
[X] Registered California process server.
[X] Employee or independent contractor
    (2) Registration No.: 1294 / San Diego
    (3) County

(SIGNATURE)

| PROOF OF SERVICE <br> SUMMONS AND COMPLAINT | BANK OF AMERICA v. ZOUVAS |
|---|---|