| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Eric J. Truotman, Esq.<br>Severson & Werson<br>19100 Von Karman Avenue, Suite 700<br>Irvine CA 92612 | 949-442-7110 | |
| | Ref. No. or File No.: | |
| ATTORNEY FOR *(Name)*: BANK OF AMERICA | | |

Insert name of court and name of judicial district and branch court if any:

UNITED STATES CALIFORNIA SOUTHERN DISTRICT

PLAINTIFF: BANK OF AMERICA v. ZOUVAS
DEFENDANT:

| PROOF OF SERVICE SUMMONS AND COMPLAINT | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER:<br>08 CV 0609 JM WMc |
|---|---|---|---|---|

## PERSONAL SERVICE

**Instruction:** *After having the other party served with a copy of the document identified in item 1, attach a completed Proof of Service to the original or to a true copy of the original and give it to the clerk for filing. Neither the plaintiff nor the defendant can serve these papers.*

Summons & Complaint in Interpleader
Notice of Deposit of Funds Pursuant to its Complaint in Interpleader
Notice of Interested Parties
Civil Case Cover Sheet

2. Person served *(name)*:
   MICHAEL BROWN, M.D., an individual

3. By personally delivering copies to the person served, as follows:

   (1) Date: 4/10/2008    (2) Time: 6:52 PM

   (3) Address: 15272 YORKSHIRE LANE, HUNTINGTON BEACH, CALIFORNIA 92647

4. At the time of service I was at least 18 years of age and **not a party to this cause.**

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6. Fee for Service: $95.00

O.C. CORPORATE COURIER, INC
18103 SKYPARK S. STE. B
IRVINE, CA 92614
949-474-9000

16840

Date: 4/11/2008

KEN NIELSEN
(TYPE OR PRINT NAME)

[ ] Exempt from registration under B&P 22350(b).
[X] Registered California process server.
[X] Employee or independent contractor
   (2) Registration No.: 1890/ORANGE
   (3) County

(SIGNATURE)

PROOF OF SERVICE
SUMMONS AND COMPLAINT          BANK OF AMERICA v. ZOUVAS