| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number and address)*: <br> Eric J. Truotman, Esq. <br> Severson & Werson <br> 19100 Von Karman Avenue, Suite 700 <br> Irvine CA 92612 <br> TELEPHONE NO.: 949-442-7110  FAX NO.: <br> ATTORNEY FOR *(Name)*: BANK OF AMERICA | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF UNITED STATES <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: SAN DIEGO CA <br> BRANCH NAME: SOUTHERN DISTRICT | |
| PLAINTIFF/PETITIONER: BANK OF AMERICA <br> DEFENDANT/RESPONDENT: LUKE C. ZOUVAS, an individual | CASE NUMBER: <br> 08 CV 0609 JM WMc |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):*
   Summons & Complaint in Interpleader
   Notice of Deposit of Funds Pursuant to its Complaint in Interpleader
   Notice of Interested Parties
   Civil Case Cover Sheet
3. a. Party served *(specify name of party as shown on the documents served)*:
   RON TOUCHARD, an individual
   b. Person served: [X] party in item 3a:   [ ] other *(specify name and title or relationship to the party named in item 3a)*:

4. Address where the party was served:
   3 MARBLE SANDS, NEWPORT BEACH, CALIFORNIA 92660

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 4/12/2008   (2) at *(time)*: 10:16 AM
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to the party named in item 3b)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person I served. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

PP#: 16839

| Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> (Rev July 1, 2004) | **PROOF OF SERVICE OF SUMMONS** | Code Civil Procedure, § 4117.10 <br> BANK OF AMERICA v. ZOUVAS |
|---|---|---|

| PLAINTIFFF/PETITIONER: BANK OF AMERICA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LUKE C. ZOUVAS, an individual | 08 CV 0609 JM WMc |

c. [ ] **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:     (2) from *(city)*:

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt (form 982(a)(4).)* (Code Civ. Proc., § 415.30)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section)*:

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] on behalf of (specify):
   
   under the following Code of Civil Procedure Section:
   [ ] 416.10 (corporation)
   [ ] 416.20 (defunct corporation)
   [ ] 416.30 (joint stock company/association)
   [ ] 416.40 (association or partnership)
   [ ] 416.50 (public entity)
   [ ] 415.95 (business organization, form unknown)
   [ ] 416.60 (minor)
   [ ] 416.70 (ward or conservatee)
   [ ] 416.90 (authorized person)
   [ ] 415.46 (occupant)
   [ ] other:

7. **Person who served papers**
   a. Name: John Keenan
   b. Address: O.C. CORPORATE COURIER, INC
   18103 SKYPARK S. STE. B
   IRVINE, CA 92614
   c. Telephone number: 949-474-9000
   d. The fee for service was: $ 55.00
   e. I am:
     (1) [ ] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [X] registered California process server.
       (i) [ ] owner [ ] employee [X] independent contractor.
       (ii) Registration No.: 1352
       (iii) County: Orange

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff, marshal, or constable** and I certify that the foregoing is true and correct.

Date: 4/14/2008

John Keenan
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

PP#: 16839

POS-010 (New July 1, 2004)      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

BANK OF AMERICA v. ZOUVAS