MARK JOSEPH KENNEY (State Bar No. 87345)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

ERIC J. TROUTMAN (State Bar No. 229263)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Plaintiff
Bank of America, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>    Plaintiff,<br><br>vs.<br><br>LUKE C. ZOUVAS, an individual, RON TOUCHARD, an individual, MICHAEL BROWN, M.D., an individual, STEVE NICKOLAS, an individual, NUTRIPURE BEVERAGES, INC., a Nevada Corporation, and XND TECHNOLOGIES, INC., an Arizona corporation,<br><br>    Defendants. | Case No.: 08 CV 0609 JM WMc<br>Assigned to: Hon. Jeffrey T. Miller<br><br>**JOINT MOTION FOR JUDGMENT AND ORDER RELEASING FUNDS ON DEPOSIT** |

Pursuant to L.R. 7.2, the Parties to the above-entitled action, having fully and informally resolved all issues pertaining to this action and desiring a final judicial decree as to their rights and obligations toward and between one another hereby stipulate to judgment and release of deposited funds in this action as follows:

1. On April 7, 2008 Bank of America deposited the sum of $182, 215.52 with this Court, representing the funds on deposit within account nos. xxxxxxxx5008, xxxxxxxx5710, xxxxxxxx5723, and xxxxxxxx2177 held at Bank of America. This action involved a dispute over the entitlement to those deposited funds. The parties to this action now agree and consent to a distribution from the funds on deposit with the court as follows:

   a. $127,215.52 shall be paid to NutriPure Beverages, Inc.;
   b. $40,000.00 shall be paid to Steve Nickolas;
   c. $15,000.00 shall be paid to Bank of America in recognition of its entitlement to attorney's fees herein;
   d. Any remainder or increase of the deposited funds shall be distributed to NutriPure Beverages, Inc.

2. The remaining parties to this action shall not receive any distribution from the funds and waive all right and interest in the funds as set forth in Paragraph 4.

3. The parties consent to a finding that interpleader was appropriate in this action and agree that conflicting and concurrent claims were made by multiple individuals and entities to a sum of money held, and later deposited, by Bank of America. Bank of America was exposed to double or multiple liability. The amount in controversy exceeded $75,000.00. The parties agree that all jurisdictional prerequisites for statutory (28 U.S.C. § 2361) and rule (FED. R. CIV. P. 22) interpleader exist in this action and that the allegations of Bank of America's Complaint herein are true and correct as pertain to jurisdiction.

4. The Parties hereto waive and release one another fully as pertains to the deposited funds or any of the facts underlying the Complaint herein, excepting only their right to distribution as stated in Paragraph 1, above. The Parties specifically release, and consent to

1  the discharge of, Bank of America from further liability to any or all of the Defendants. Other
2  than stated above, the parties agree to bear their own fees and costs.
3        5.      As authorized by 28 U.S.C. § 2361, Defendants consent to being permanently
4  enjoined from asserting any claims relating to the disposition or use of the proceeds of account
5  nos. xxxxxxxx5008, xxxxxxxx5710, and xxxxxxxx5723 previously held at Bank of America
6  under the names of Nutripure Beverages, Inc. and account no. xxxxxxxx2177 previously held at
7  Bank of America under the name of XND Technologies, Inc. and Defendants will not pursue any
8  pending or future action in state or federal court pertaining to those accounts, the funds previously
9  held in them, or the sum Bank of America deposited in court in connection with this action. The
10 enforcement of, or attempt to enforce, any and all Orders entered in any state court concerning the
11 deposited sum is also enjoined.
12       6.      The Parties agree that the [Proposed] Stipulated Judgment concurrently filed
13 herewith satisfactorily reflects their agreement to Stipulated Judgment and each party hereby
14 requests and moves for entry of the same.

16 RESPECTFULLY SUBMITTED

17 DATED:_____

                                                    _____
                                                    Steve Nickolas, as an Individual

20 DATED:_____

                                                    _____
                                                    Luke Zouvas, as an individual

23 DATED:_____

                                                    _____
                                                    Ron Touchard, as an individual

25 DATED:_____

                                                    _____
                                                    Michael Brown, M.D., as an individual

28 *(Signatures Continue)*                    - 3 -

10597/0061/673708.1                                       JOINT MOTION FOR JUDGMENT AND ORDER
                                                          RELEASING FUNDS ON DEPOSIT
                                                          08CV0609 JM (WMc)

1 the discharge of Bank of America from further liability to any or all of the Defendants. Other
2 than stated above, the parties agree to bear their own fees and costs.
3     5.    As authorized by 28 U.S.C. § 2361, Defendants consent to being permanently
4 enjoined from asserting any claims relating to the disposition or use of the proceeds of account
5 nos. xxxxxxxx5008, xxxxxxxx5710, and xxxxxxxx5723 previously held at Bank of America
6 under the names of Nutripure Beverages, Inc. and account no. xxxxxxxx2177 previously held at
7 Bank of America under the name of NND Technologies, Inc. and Defendants will not pursue any
8 pending or future action in state or federal court pertaining to those accounts, the funds previously
9 held in them, or the sum Bank of America deposited in court in connection with this action. The
10 enforcement of, or attempt to enforce, any and all Orders entered in any state court concerning the
11 deposited sum is also enjoined.
12     6.    The Parties agree that the [Proposed] Stipulated Judgment concurrently filed
13 herewith satisfactorily reflects their agreement to Stipulated Judgment and each party hereby
14 requests and moves for entry of the same.
15
16     RESPECTFULLY SUBMITTED
17
18 DATED: _____
                               Steve Nickolas, as an individual
19
20 DATED: 6/11/08
21                                Luke Zouvas, as an individual
22
23 DATED: _____
24                                Ron Touchard, as an individual
25
26 DATED: _____
27                                Michael Brown, M.D., as an individual
28 [Signatures Continue]

the discharge of, Bank of America from further liability to any or all of the Defendants. Other than stated above, the parties agree to bear their own fees and costs.

5. As authorized by 28 U.S.C. § 2361, Defendants consent to being permanently enjoined from asserting any claims relating to the disposition or use of the proceeds of account nos. xxxxxxxx5008, xxxxxxxx5710, and xxxxxxxx5723 previously held at Bank of America under the names of Nutripure Beverages, Inc. and account no. xxxxxxxx2177 previously held at Bank of America under the name of XND Technologies, Inc. and Defendants will not pursue any pending or future action in state or federal court pertaining to those accounts, the funds previously held in them, or the sum Bank of America deposited in court in connection with this action. The enforcement of, or attempt to enforce, any and all Orders entered in any state court concerning the deposited sum is also enjoined.

6. The Parties agree that the [Proposed] Stipulated Judgment concurrently filed herewith satisfactorily reflects their agreement to Stipulated Judgment and each party hereby requests and moves for entry of the same.

RESPECTFULLY SUBMITTED

DATED:_____

_____
Steve Nickolas, as an individual

DATED:_____

_____
Luke Zouvas, as an individual

DATED: 6/9/08

_____
Ron Touchard, as an individual

DATED: 6-4-08

_____
Michael Brown, M.D., as an individual

(Signatures Continue)

10597/0061/673708.1

- 3 -

JOINT MOTION FOR JUDGMENT AND ORDER
RELEASING FUNDS ON DEPOSIT
08CV0609 JM (WMc)

|   |   |   |
|---|---|---|
| 1 |  | XND Technologies Corporation, An Arizona Corporation |
| 2 |  |  |
| 3 | DATED:_____ |  |
| 4 |  | By: Steve Nickolas |
|   |  | Its: Authorized Officer |

DATED:_____    NutriPure Beverages, Inc., A Nevada Corporation

By: Luke Zouvas
Its: Authorized Officer

DATED:_____    Bank of America, N.A.

By:
Its: Authorized Officer

APPROVED:

Stoecklein Law Group

DATED:_____    By: _____
Donald Stoecklein
Attorneys for Defendants Steve Nickolas and
XND Technologies Corporation, Inc

Law Office of Alan Rothman

DATED:_____    By: _____
Alan Rothman
Attorneys for Luke C. Zouvas and NutriPure
Beverages, Inc.

Applbaum & Zouvas

DATED:_____    By: _____
Marc Applbaum
Attorneys for Ron Touchard and Michael
Brown, M.D.

- 4 -

10597/0061/673708.1                                       JOINT MOTION FOR JUDGMENT AND ORDER
                                                          RELEASING FUNDS ON DEPOSIT
                                                          08CV0609 JM (WMc)

```
 1
 2                                      XND Technologies Corporation, An Arizona
                                        Corporation
 3    DATED:
 4                                      By: Steve Nickolas
                                        Its: Authorized Officer
 5
 6
      DATED:
 7                                      NutriPure Beverages, Inc., A Nevada Corporation

 8                                      [signature]

 9                                      By: Luke Zouvas
                                        Its: Authorized Officer
10
11    DATED:                            Bank of America, N.A.
12
                                        By:
13                                      Its: Authorized Officer
14
      APPROVED:
15
                                        Stoecklein Law Group
16
17    DATED:                    By:
                                        Donald Stoecklein
18                                      Attorneys for Defendants Steve Nickolas and
                                        XND Technologies Corporation, Inc
19
                                        Law Office of Alan Rothman
20
21
      DATED:                    By:
22                                      Alan Rothman
                                        Attorneys for Luke C. Zouvas and NutriPure
23                                      Beverages, Inc.
24
                                        Applbaum & Zouvas
25                                      [signature]
26    DATED: 6/11/8             By:
                                        Marc Applbaum
27                                      Attorneys for Ron Touchard and Michael
                                        Brown, M.D.
28
```

|   |   |
|---|---|
|   | XND Technologies Corporation, An Arizona Corporation |
| DATED:_____ | By: Steve Nickolas<br>Its: Authorized Officer |
| DATED:_____ | NutriPure Beverages, Inc., A Nevada Corporation |
|   | By: Luke Zouvas<br>Its: Authorized Officer |
| DATED: 06-10-08 | Bank of America, N.A.<br>By: *JoAnn Hall* (signature)<br>Its: Authorized Officer |

APPROVED:

Stoecklein Law Group

DATED:_____  By: _____
Donald Stoecklein
Attorneys for Defendants Steve Nickolas and
XND Technologies Corporation, Inc

Law Office of Alan Rothman

DATED:_____  By: _____
Alan Rothman
Attorneys for Luke C. Zouvas and NutriPure
Beverages, Inc.

Applbaum & Zouvas

DATED:_____  By: _____
Marc Applbaum
Attorneys for Ron Touchard and Michael
Brown, M.D.

- 4 -

DATED:_____

XND Technologies Corporation, An Arizona Corporation

By: Steve Nickolas
Its: Authorized Officer

DATED:_____

NutriPure Beverages, Inc., A Nevada Corporation

By: Luke Zouvas
Its: Authorized Officer

DATED:_____

Bank of America, N.A.

By:
Its: Authorized Officer

APPROVED:

DATED:_____    By: Stoecklein Law Group
                      [signature]
                      Donald Stoecklein
                      Attorneys for Defendants Steve Nickolas and
                      XND Technologies Corporation, Inc

Law Office of Alan Rothman

DATED:_____    By: _____
                      Alan Rothman
                      Attorneys for Luke C. Zouvas and NutriPure
                      Beverages, Inc.

Applbaum & Zouvas

DATED:_____    By: _____
                      Marc Applbaum
                      Attorneys for Ron Touchard and Michael
                      Brown, M.D.

10597/0061/673708.1

- 4 -

JOINT MOTION FOR JUDGMENT AND ORDER
RELEASING FUNDS ON DEPOSIT
08CV0609 JM (WMc)

|   |   |   |
|---|---|---|
| | | XND Technologies Corporation, An Arizona Corporation |
| DATED:_____ | | |
| | | By: Steve Nickolas<br>Its: Authorized Officer |
| DATED:_____ | | NutriPure Beverages, Inc., A Nevada Corporation |
| | | By: Luke Zouvas<br>Its: Authorized Officer |
| DATED:_____ | | Bank of America, N.A. |
| | | By:<br>Its: Authorized Officer |
| APPROVED: | | |
| | | Stoecklein Law Group |
| DATED:_____ | By: | |
| | | Donald Stoecklein<br>Attorneys for Defendants Steve Nickolas and XND Technologies Corporation, Inc |
| | | Law Office of Alan Rothman |
| DATED: 6-9-08 | By: | *Alan Rothman* (signed)<br>Alan Rothman<br>Attorneys for Luke C. Zouvas and NutriPure Beverages, Inc. |
| | | Applbaum & Zouvas |
| DATED:_____ | By: | |
| | | Marc Applbaum<br>Attorneys for Ron Touchard and Michael Brown, M.D. |

10597/0061/673708.1

- 4 -

JOINT MOTION FOR JUDGMENT AND ORDER
RELEASING FUNDS ON DEPOSIT
08CV0609 JM (WMc)

| | | |
|---|---|---|
| | | Severson & Werson |
| | | A Professional Corporation |
| DATED: 6/11/08 | By: | _____ |
| | | Eric J. Troutman |
| | | Attorneys for Bank of America, N.A. |

10597/0061/673708.1

JOINT MOTION FOR JUDGMENT AND ORDER
RELEASING FUNDS ON DEPOSIT
08CV0609 JM (WMc)

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **JOINT MOTION FOR JUDGMENT AND ORDER RELEASING FUNDS ON DEPOSIT** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ address as stated on the attached mailing list.

| | |
|---|---|
| Alan Rothman, Esq.<br>895 Dove Street, Ste. 300<br>Newport Beach, CA 92660<br>Phone: (626) 864-4060<br>Fax: (888) 841-8464 | *Attorneys for Luke Zouvas and Nutripure Beverages, Inc.* |
| Donald Stoecklein, Esq.<br>Stoecklein Law Group<br>Emerald Plaza<br>402 W. Broadway, Ste. 400<br>San Diego, CA 92101<br>Phone: (619) 595-4882<br>Fax: (619) 595-4883 | *Attorneys for for Steve Nickolas and XND Technologies Corporation, Inc.* |
| Marc Applbaum, Esq.<br>Applbaum & Zouvas, LLP<br>925 Hotel Circle South<br>San Diego, CA 92108<br>Phone: (619)995-6436<br>Fax: (619) 995-6438 | *Attorneys for Luke C. Zouvas, Ron Touchard, Michael Brown, M.D. and Nutripure Beverages, Inc.* |
| Steven Nickolas<br>XND Technologies, Inc.<br>14301 N. 87th Street, Ste. 301<br>Scottsdale, AZ 85260<br>Phone: (480) 272-7290<br>Fax: (480) 272-7275 | *Purported President/CEO Nutripure Beverages, Inc.* |
| Michael Kulwin, Esq.<br>Law Offices of Michael E. Kulwin<br>317 South Sixth Street<br>Las Vegas, NV 89101<br>Fax: (702) 387-1726 | *Attorneys for Steve Nickolas (Clark County Action Only)* |
| Michael Brown, M.D.<br>15272 Yorkshire Lane<br>Huntington Beach, CA 92647 | |
| Ron Touchard<br>3 Marble Sands<br>Newport Beach, CA 92660 | |

- 6 -

10597/0061/673708.1

JOINT MOTION FOR JUDGMENT AND ORDER RELEASING FUNDS ON DEPOSIT
08CV0609 JM (WMc)

| | |
|---|---|
| | |

☒  **BY MAIL** (C.C.P. § 1013(a)) - I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒  **STATE** - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2008, at Irvine, California.

By: _____
Lorraine Johnson