MARK JOSEPH KENNEY (State Bar No. 87345)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

ERIC J. TROUTMAN (State Bar No. 229263)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Plaintiff
Bank of America, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE C. ZOUVAS, an individual, RON TOUCHARD, an individual, MICHAEL BROWN, M.D., an individual, STEVE NICKOLAS, an individual, NUTRIPURE BEVERAGES, INC., a Nevada Corporation, and XND TECHNOLOGIES, INC., an Arizona corporation,<br><br>Defendants. | Case No.: 08CV0609 JM (WMc)<br><br>Assigned to: Hon. Jeffrey T. Miller<br>Courtroom: 16<br><br>**NOTICE OF ENTRY OF JUDGMENT AND ORDER RELEASING FUNDS ON DEPOSIT PURSUANT TO STIPULATION** |

10597/0061/677445.1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 26, 2008, the Court entered the Judgment and Order Releasing Funds on Deposit Pursuant to Stipulation. A true and correct copy of said Order, bearing conforming stamp of the United States District Court, Southern District of California is annexed hereto as Exhibit "A."

DATED: June 26, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____
Eric J. Troutman

Attorneys for Plaintiff
Bank of America, N.A.

10597/0061/677445.1

# EXHIBIT "A"

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>LUKE C. ZOUVAS, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08 CV 0609 JM (WMc)<br><br>**JUDGMENT AND ORDER RELEASING FUNDS ON DEPOSIT PURSUANT TO STIPULATION** |

It appearing that the parties to the above-entitled action have fully and informally resolved all issues pertaining to this action and desire a final judicial decree as to their rights and obligations toward and between one another, and the parties having filed a joint motion pursuant to L.R. 7.2, stipulating to judgment, it is hereby adjudicated, decreed and ordered, pursuant to the stipulation of all parties:

1. The Clerk of Court shall disburse the funds that Bank of America deposited in the court's registry on April 7, 2008, and all proceeds of those funds, as follows:

　　a.　$127,215.52 shall be paid to NutriPure Beverages, Inc.;

　　b.　$40,000.00 shall be paid to Steve Nickolas;

　　c.　$15,000.00 shall be paid to Bank of America;

　　d.　All remaining funds including any accrued interest shall be paid to NutriPure Beverages, Inc.

- 1 -

08cv0609

2. The parties stipulated and it is therefore found that interpleader was appropriate in this action as conflicting and concurrent claims were made by multiple individuals and entities to a sum of money held, and later deposited, by Bank of America. Bank of America was exposed to double or multiple liability. The amount in controversy exceeded $75,000.00. The court exercises jurisdiction pursuant to statutory (28 U.S.C. § 2361) and rule (Fed. R. Civ. P. 22) interpleader. The parties stipulated and it is therefore found that the allegations of Bank of America's complaint regarding this court's subject matter jurisdiction to be true.

3. The parties to this action have no further right or remedy against one another pertaining to the deposited funds or any of the facts underlying the complaint herein, excepting only their right to distribution as articulated in Paragraph 1, above. Bank of America is discharged from any and all further liability to Defendants in this action and is discharged from this case.

4. As authorized by 28 U.S.C. § 2361, Defendants are permanently enjoined from the further assertion of claims relating to the disposition or use of the proceeds of account nos. xxxxxxxx5008, xxxxxxxx5710, and xxxxxxxx5723 previously held at Bank of America under the name of Nutripure Beverages, Inc. and account no. xxxxxxxx2177 previously held at Bank of American under the name of XND Technologies, Inc. Defendants are enjoined from pursuing any pending or future action in state or district court pertaining to the stake which is the subject of this Interpleader. The only exception to this injunction is that the parties may take all necessary steps to accomplish the dismissal of any such action. The enforcement of, or attempt to enforce, any and all orders entered in any state court concerning the stake which is the subject of this Interpleader is also enjoined.

6. Attorneys' fees and litigation costs are denied to all parties except as specifically stated above.

7. The Clerk is authorized to deduct ten percent of the earned interest, as authorized by the Judicial Conference of the United States.

//
//
//
//

1  8. The parties are directed to provide the address and taxpayer identification number for each
2  payee directly to the Clerk of Court.
3  **IT IS SO ORDERED.**
4  DATED: June 26, 2008

Hon. Jeffrey T. Miller
United States District Judge

6  cc:       All parties

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **NOTICE OF ENTRY OF JUDGMENT AND ORDER RELEASING FUNDS ON DEPOSIT PURSUANT TO STIPULATION** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ address as stated on the attached mailing list.

| | |
|---|---|
| Alan Rothman, Esq.<br>895 Dove Street, Ste. 300<br>Newport Beach, CA 92660<br>Phone: (626) 864-4060<br>Fax: (888) 841-8464 | *Attorneys for Luke Zouvas and Nutripure Beverages, Inc.* |
| Donald Stoecklein, Esq.<br>Stoecklein Law Group<br>Emerald Plaza<br>402 W. Broadway, Ste. 400<br>San Diego, CA 92101<br>Phone: (619) 595-4882<br>Fax: (619) 595-4883 | *Attorneys for for Steve Nickolas and XND Technologies Corporation, Inc.* |
| Marc Applbaum, Esq.<br>Applbaum & Zouvas, LLP<br>925 Hotel Circle South<br>San Diego, CA 92108<br>Phone: (619)995-6436<br>Fax: (619) 995-6438 | *Attorneys for Luke C. Zouvas, Ron Touchard, Michael Brown, M.D. and Nutripure Beverages, Inc.* |
| Steven Nickolas<br>XND Technologies, Inc.<br>14301 N. 87th Street, Ste. 301<br>Scottsdale, AZ 85260<br>Phone: (480) 272-7290<br>Fax: (480) 272-7275 | *Purported President/CEO Nutripure Beverages, Inc.* |
| Michael Kulwin, Esq.<br>Law Offices of Michael E. Kulwin<br>317 South Sixth Street<br>Las Vegas, NV 89101<br>Fax: (702) 387-1726 | *Attorneys for Steve Nickolas (Clark County Action Only)* |
| Michael Brown, M.D.<br>15272 Yorkshire Lane<br>Huntington Beach, CA 92647 | |
| Ron Touchard<br>3 Marble Sands<br>Newport Beach, CA 92660 | |

10597/0061

- 3 -

NOTICE OF ENTRY OF JUDGMENT
08CV0609 JM (WMc)

| | |
|---|---|
| ☒ | **BY MAIL** (C.C.P. § 1013(a)) - I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. |
| ☒ | **STATE** - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |

Executed on June 26, 2008, at Irvine, California.

By: _____
Lorraine Johnson

10597/0061/677445.1

- 4 -

NOTICE OF ENTRY OF JUDGMENT
08CV0609 JM (WMc)