# Severson
# &Werson
A Professional Corporation

Eric J. Troutman
Attorney
Direct Line: (949) 225-7969
ejt@severson.com

FILED
08 JUL -1 PH 3:41
CLERK U.S. DISTRICT
SOUTHERN DISTRICT

BY: ECL    DEPUTY

The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

June 30, 2008

**VIA FEDERAL EXPRESS**

Clerk of the Court
USDC-SOUTHERN DISTRICT
880 Front Street, Room 4290
San Diego, CA 92101-8900

Re: *Bank of America, N.A v. Luke C. Zouvas, Ron Touchard, Michael Brown, M.D., Steve Nickolas, Nutripure Beverages, Inc., and XND Technolgies, Inc.*
Case No. 08 CV 0609 JM WMc

Dear Clerk:

Pursuant to paragraph 8 of Judge Miller's June 26, 2008 Order, (attached for your reference) Bank of America, N.A. hereby instructs that its proceeds be paid via check payable to "Bank of America, N.A." and delivered to 19100 Von Karman Ave, Ste. 700, Irvine, CA 92620, C/O/ Severson & Werson, Attn: Eric J. Troutman.

The Bank's TIN is 94-1687665.

Should you have any questions or concerns do not hesitate to contact the undersigned.

Very truly yours,

Eric J. Troutman

EJT:lnj
Enclosure

10597/0061/677431.1

San Francisco & Orange County

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> LUKE C. ZOUVAS, et al., <br><br> Defendants. | CASE NO. 08 CV 0609 JM (WMc) <br><br> JUDGMENT AND ORDER RELEASING FUNDS ON DEPOSIT PURSUANT TO STIPULATION |

It appearing that the parties to the above-entitled action have fully and informally resolved all issues pertaining to this action and desire a final judicial decree as to their rights and obligations toward and between one another, and the parties having filed a joint motion pursuant to L.R. 7.2, stipulating to judgment, it is hereby adjudicated, decreed and ordered, pursuant to the stipulation of all parties:

1. The Clerk of Court shall disburse the funds that Bank of America deposited in the court's registry on April 7, 2008, and all proceeds of those funds, as follows:

    a.   $127,215.52 shall be paid to NutriPure Beverages, Inc.;

    b.   $40,000.00 shall be paid to Steve Nickolas;

    c.   $15,000.00 shall be paid to Bank of America;

    d.   All remaining funds including any accrued interest shall be paid to NutriPure Beverages, Inc.

1     2. The parties stipulated and it is therefore found that interpleader was appropriate in this action as conflicting and concurrent claims were made by multiple individuals and entities to a sum of money held, and later deposited, by Bank of America. Bank of America was exposed to double or multiple liability. The amount in controversy exceeded $75,000.00. The court exercises jurisdiction pursuant to statutory (28 U.S.C. § 2361) and rule (Fed. R. Civ. P. 22) interpleader. The parties stipulated and it is therefore found that the allegations of Bank of America's complaint regarding this court's subject matter jurisdiction to be true.

    3. The parties to this action have no further right or remedy against one another pertaining to the deposited funds or any of the facts underlying the complaint herein, excepting only their right to distribution as articulated in Paragraph 1, above. Bank of America is discharged from any and all further liability to Defendants in this action and is discharged from this case.

    4. As authorized by 28 U.S.C. § 2361, Defendants are permanently enjoined from the further assertion of claims relating to the disposition or use of the proceeds of account nos. xxxxxxxx5008, xxxxxxxx5710, and xxxxxxxx5723 previously held at Bank of America under the name of Nutripure Beverages, Inc. and account no. xxxxxxxx2177 previously held at Bank of American under the name of XND Technologies, Inc. Defendants are enjoined from pursuing any pending or future action in state or district court pertaining to the stake which is the subject of this Interpleader. The only exception to this injunction is that the parties may take all necessary steps to accomplish the dismissal of any such action. The enforcement of, or attempt to enforce, any and all orders entered in any state court concerning the stake which is the subject of this Interpleader is also enjoined.

    6. Attorneys' fees and litigation costs are denied to all parties except as specifically stated above.

    7. The Clerk is authorized to deduct ten percent of the earned interest, as authorized by the Judicial Conference of the United States.

//
//
//
//

1      8. The parties are directed to provide the address and taxpayer identification number for each
2  payee directly to the Clerk of Court.
3      **IT IS SO ORDERED.**
4  DATED: June 26, 2008
5  
                                Hon. Jeffrey T. Miller
6                                  United States District Judge
   cc:       All parties